*Meier Steinbrink* and *Harold M. Kennedy* for appellant. *Clarence G. Bachrach* and *Herman S. Bachrach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J

---

ROBERT J. MURPHY, as Trustee in Bankruptcy of THOMAS F. VOGT, INC., Appellant, *v.* WILLIAM J. GUCKER, Respondent.

*Mortgage — validity of chattel mortgages — complaint dismissed in action by trustee in bankruptcy to recover value of automobile seized and sold under chattel mortgages.*

*Murphy* v. *Gucker*, 220 App. Div. 809, affirmed.
(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered May 20, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. The action was brought by the trustee in bankruptcy of an automobile dealer to recover the value of automobiles seized and sold by defendant under chattel mortgages held by him. The Appellate Division directed judgment for defendant on authority of *Utica Trust & Deposit Co.* v. *Decker* (244 N. Y. 340).

*Nicholas J. Weldgen* for appellant.
*George J. Skivington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.